In the United States District Court for
the Eastern District of Virginia

Stephen W. White
409 Harvard st. #5
Norfolk, Virginia 23505
757-322-2309

        VS.

The United States Government

The Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

The U.S. Department of Labor
200 Constitution Ave. N.W
Washington, D.C 20210

The Federal Communication Commission
445 12th st. SW
Washington, DC 20554

Social Security Administration
Office of Public Inquiries
Windsor Park Building
6401 Security Blvd.
Baltimore, MD. 21235

U.S. Department of Commerce
1401 Constitution Ave. NW
Washington, DC 20230

U.S Department of Housing and Urban
Development
457 7th St. S.W Washington, D.C 20410

New York State Office of the State
Comptroller
110 State St.
Albany, N.Y. 12236

N.Y.S Department of Correctional
Services
Building 2
1220 Washington Ave
Albany, New York 12226-2050

N.Y.S Office of the Attorney General
The Capitol
Albany, N.Y. 12224-0341

Superintendent of Banks
New York State Banking Department
One State Street
New York, NY 10004-1571

Corcraft Products
550 Broadway
Albany, N.Y. 12204-2802

New York State Office of Cyber Security
+ Critical Infrastructure Coordination
30 S. Pearl St.
Albany, New York 12207-3425

N.Y.S Insurance Department
One Commerce Plaza
Albany, N.Y. 12257

N.Y.S Board of Parole
97 Central Ave
Albany, New York 12206

New York Lottery
P.O. Box 7500
Schenectady, NY 12301-7500
1-518-388-3300

New York Department of Labor
W. Averell Harriman State Office Campus
Building 12
Albany, NY 12240
1-518-457-9000

Financial Control Board
123 William Street, 23rd Floor
New York, New York 10038-3804
(212) 417-5046

New York State Office of Parks, Recreation and
Historic Preservation
Empire State Plaza
Agency Building 1
Albany, NY 12238
(518) 474-0456

Department of State
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
(518) 774-4752

Department of State
123 William Street
New York, NY. 10038-3804
(212) 417-5800

New York State Unified Court
System Office of Court Administration
25 Beaver Street
New York, NY 10004

Auditor of Public Accounts
James Monroe Building
101 North 14th St. 23219
Richmond, Virginia

N.Y.S Office of Mental Health
44 Holland Ave
Albany, New York 12229

The Port Authority of NY + NJ
Port. Authority main phone 212-435-7000
Tunnels, Bridges and Terminals 1-800-221-9903
Path phone 1-800-234-7284


To the Civil Rights Division - conspiracy to interfere with federally protected rights, depriva- tion of rights under color of law, the use of force or threats of force to intimidate, interference with the free exercise of religous beliefs, the holding of a person in a condition of slavery or involuntary servitude, interference with a person seeking to obtain or provide reproductive services.

I will outline with in this letter a conspiracy to deprive me of my basic human rights. I was born 1968, it has come to my knowledge that Wash- ington D.C is exactly 68 miles, my name is Stephen W. White

The First Amendment states : " Congress shall make no law respecting an establishment of religion, or pro- hibiting the free exercise thereof; or abridging the free- dom of speech; or of the press; or the right of the people peaceably to assemble, and to petition the Government of a redress of grievances.

The Eighth Amendment, there are several catergories of harm which courts consider under cruel and unusual clause, prison conditions, overcrowding, medical care, and assault.

The Fourteenth Amendment, "No state shall deny to any person within its jurisdiction the equal protection of the laws".

The Fourteenth Amendment: Due Process Clause, "This clause forbids the State from depriving any person of life, liberty, or property, without due process of the law." This clause is interpreted as relating to two different types of protection "Substantive due process" and "procedural due process".

Substantive due process protects you against arbitrary and unfair deprivation of liberty by State officials, Your rights are deprived when your liberty is taken in a way that is not "reasonably related to legitimate penological interests. A prisoners rights not to be under surveillance or frisked by guards were upheld.

Procedural Due Process relates to the methods by which your rights are protected as distinguished from what your actual rights are. To state a procedural due process claim; you must meet three requirements.
1. First, you must have been deprived of a "liberty or property".
2. Second requirement of a procedural due process claim you must, the defendant must have intended to deprive you

of your liberty or property,
        3. Third procedural requirement of a due
process claim you must show that you were deprived
of a liberty or property interest without due pro-
cess of the law."

## The Department of Commerce

The historic mission of the department is "to
~~foster~~, ~~promote~~, and develop the ~~foreign~~ and domestic
commerce" of the United States. This has evolved, as a
result of legislative and administrative additions to
encompass broadly the responsibility to foster, serve,
and promote the Nation's economic development
and technological advancement.

## U.S Department of Housing and Urban Development

Hud's mission is to increase homeownership,
support community development and increase access
to affordable housing free from descrimination. To
fulfill this mission, Hud will embrace, high standards
of ethics, management and accountability and forge
new partnerships, particularly with faith-based
and community organizations - that leverage re-
sources and improve Hud's ability to be effective
on the community level.

## The Department of Labor

The Department of Labor fosters and promotes the welfare of the job seekers, wage earners, and retirees of the United States by improving their working conditions advancing their opportunities for profitable employment, protecting their retirement and health care benefits, helping employers find workers, strengthening free collective bargaining, and tracking changes in employment, prices and other national economic measurements. In carrying out this mission, the Department administers a variety of federal labor laws including those that guarantee workers's rights to safe and healthful working conditions; a minimum hourly wage and overtime pay; freedom from employment discrimination; unemployment insurance, and other income support.

## The Federal Bureau of Investigation

The FBI's national security mission is to lead and coordinate intelligence efforts that drive actions to protect the United States.

Our goal is to develop a comprehensive understanding of the threats and penetrate national and transnational networks that have a desire and capability to harm us. Such networks include: terrorist organization foreign intelligence service, those that seek to proliferate weapons of mass destruction, and criminal enterprises.

Continued

In order to be successful, we must understand the threat, continue to integrate our intelligence and law enforcement capabilities in every FBI operational program, and continue to expand our contribution to the Intelligence Community knowledge base.

## The State Department

## Transforming the World through Diplomacy

American diplomacy is based on the fundamental beliefs that our freedom is best protected when others are free; our prosperity depends on the prosperity of others; and our security relies on a global effort to defend the rights of all. In this extraordinary moment in history, when the rise of freedom is transforming societies around the world, the United States has an immense responsibility to use its diplomatic influence constructively to advance security, democracy and prosperity around the globe.

The Department of State is the lead institution for the conduct of American diplomacy and the Security. The Secretary of State is the President's principle foreign policy advisor. All foreign affairs activities - U.S. representation abroad, foreign assistance programs, countering international crime, foreign military training programs, services the Department provides to American citizens abroad, and many others - are paid for by the foreign affairs budget, which represents about one

percent of the total federal budget. This small investment is essential to maintaining U.S leadership abroad, which promotes and protects the interest of American citizens.

## Social Security Administration

Social Security Administration means that Federal agency which administrative responsibilities under titles, I, II, X, XI, XIV, and XVIII of the Act, and (2) units of State governments which make determinations under agreements made under sections 221 and 1633 of the Act.

Social Security program means any program or provision of law which SSA is responsible for administering, including the Freedom of Information Act and Privacy Act. This includes our responsibilities under parts B and C of the Federal Coal Mine Health and Safety Act.

System of records means a group of records under our control from which information about an individual is retrieved by the name of the individual or by an identifying number, symbol, or other identifying particular. Single records or groups of records which are not retrieved by a personal identifier are not part of the system of records. Papers maintained by individual Agency employees which are prepared, maintained, or discarded at the discretion of the employee and which are not subject to the Federal Records Act 44 U.S.C. 2901 are not part of

continued

records; provided, that such personal papers are not used by the employee or the Agency to determine any rights, benefits, or privileges of individuals.

Record means any item, collection, or grouping of information about an individual that is maintained by SSA including, but not limited to information such as an individuals education, financial transaction, medical history, and criminal or employment history that contains the individuals name, or an identifying number, symbol, or any other means by which an individual can be identified. When used in this part, record means only a recorded which is in a system of records.

Federal Communication Commission

For the purpose of regulating interstate and foreign commerce in communication by wire and radio so as to make available, so far as possible, to all the people of the United States, without discrimination on the basis of race, color, religion, national orgin, or sex, a rapid, efficient Nationwide and world-wide wire and radio communication service with adequate facilities at reasonable charges, ~~for the purpose of national defense~~, for the purpose of promoting safety of life and prosperity through the use of wire and radio communication, and for the purpose of securing a more effective execution of this policy by centralizing authority heretofore granted by law to several agencies and by

by granting additional authority with respect to interstate and foreign commerce in wire and radio communication, there is hereby created a commission to be known as the Federal Communication Commission which shall be constituted as hereinafter provided, and which shall execute and enforce the provisions of this Act.

The Federal Communication Commission is an independent United States government agency. The FCC was established by the Communication Act of 1934 and is charged with regulating interstate and international communications by radio, television, wire, satellite and cable. The FCC's jurisdiction covers the 50 states, the district of Columbia, and U.S. possessions.

State of New York
Civil Rights Laws
of the Bill of Rights

Article 5 2. Supreme sovereignty in the people. No authority can, on any pretence whatsoever, be exercised over the citizens of this State, but such as is or shall be derived from and granted by the people of this state.

Section 1. No member of this state shall be disfranchised or deprived of any of the rights or privileges secured to any citizen thereof, unless by the law of the land, or

Continued

the judgement of his or her peers except that the legislature may provide that there shall be no primary election held to nominate candidates for public office or to elect persons to party positions for any political party or parties in any unit of representation of the State from which such candidates or persons are nominated or elected whenever there is no contest or contests for such nominations or election as may be prescribed by general law.

Central Intelligence

The Intelligence Reform and Terrorism Prevention Act of 2004 amended the National Security Act to provide for a Director of National Security Act
Leon E. Panetta became Director of the Central Intelligence Agency on February 13, 2009

The CIA directors responsibilities include:

• Collecting intelligence through human sources and by other appropriate means, except that he shall have no police, sub poena, or law enforcement powers or internal security function.

• Correlating and evaluating intelligence related to the national security and providing appropriate dissemination of such intelligence.

• Providing overall direction for and coordination of the collection of national intelligence outside the United States through human sources by elements of the Intelligence Community authorized to undertake such collection and, in coordination with other departments, agencies, or elements of the United States Government which are authorized to undertake such collection and, in coordination with other departments, agencies, or elements of the United States Government which are authorized to undertake such collection, ensuring that the most effective use is made of resources and that appropriate account is taken of the risks to the United States and those involved in such collection; and

• Performing such other functions and duties related to intelligence affecting the national security as the President or the Director of National Intelligence may direct

The function of the Central Intelligence Agency is to assist the Director of the Central Intelligence Agency in carrying out the responsibilities outlined above.

To accomplish its mission, the CIA engages in research, development, and deployment of high-leverage technology for intelligence purposes. As a seperate agency, CIA serves as an independent source of analysis on topics of concern and also works closely with the other organizations in the intelligence Community to ensure that the intelligence consumer - whether Washington policymaker or battlefield commander - recieves the best intelligence possible.

I was born in Norfolk Virginia on June 25, 1968. The day I turned 9 yrs. old; me and my mother moved to Detroit, Mi. This was the summer of 1978 where we became Jehovah's Witness's. At the age of 14, we moved once again to Albion, Mi. where we stayed until my junior year in high school. All kinds of things transpired during this time and I met a lot of different people and family's. My mother decided to send me back to Virginia for my senior year in high school, I stayed at Booker T. Washington for a summer, then went to Job Corps, which is a government program. I stayed in Job Corps and then moved to N.Y.C. I began working at a psychiatric hospital as a mental health aide, this was during Mayor Koch's and Dinkin's term. I resigned from my job because I had alot of personal issues, it will become clear as we proceed; that a lot of different factors and people did not want me to continue with my religious beliefs. In 1991 I was incarcerated for driving a stolen car, I was given the DIN #91-R-9486, I chose the 6 months program instead of doing the whole 1 to 3 yrs. The Mariah Shock Program said that I was not following their rules and regulations, so I was returned back to jail I finished out the year and went on parole at 40th street in Manhattan. In 1995, July 5th to be exact I was again arrested. This time for possession of a controlled substance I chose to go to trial. This was also during the O.J. Simpson trial. On the second day of the trial a witness was brought in to testify against me, the police officer who said that I had sold him a controlled substance. I have never seen this man before! The next

day the jury came back after deliberations. A woman was chosen to give the verdict. I was given 4½ yrs. in prison, I was given the DIN# 95-R-9486. I was sent to Cape Vincent Correctional Facility where I did 3 of those years, during this time I lost contact with my family, my mail was tampered with, my mother was kidnapped. I became ill, lost considerable weight, I had contracted herpes when I was 19 yrs old, from a woman that I met in Job Corps in Virginia, I met her again in NewYorkCity, I just didn't know it at the time. I was sent to Camp Pharsalia where I spoke with a nurse and informed her that I had herpes, I asked to see the doctor, she never allowed that and prescribed medication to me, Valtrex. I didn't know at the time what the side effects were, thats why I asked for a doctor! The department of Corrections. the department of parole, the police department have all conspired to steal my identity. I was released from Camp Pharsalia and was given parole. My mother was living in Beacon, New York down the street from Downstate Correctional Facility, this is how I've come to the conclusion of the Department of Corrections and the kidnapping, her teeth were filed down in her mouth, Beacon is a corrections town. At this point I am reporting in W.Y.C for parole, but the parole officer wouldn't transfer me upstate. My parole officer is a Michele Hall but I knew her as Renee Washington. I am just coming to understand all this after the fact! I come in her office to report one day and her and the Senior Parole Officer tell me to get up against the wall, that I am under arrest for a change of address. At the parole revocation hearing I was given 90 days time served. From there I was taken

to Wende's Correctional Facility, where I met three commissioners for parole or so I thought, two men and one woman. The woman I've come to know as someone that I've met at the mall in New Jersey. It has come to my attention that these three commissioners knowingly and willfully conspired to kill me on paper thereby stealing my identity for the past 5 1/2 yrs. Along with the 40th street parole office, because once released I was sent to another parole office and another officer at 31st parole, to a Mercedes Rosas, who all but told me don't report. Instead I kept on reporting every week, I also met a Senior parole officer Tucker. I was violated at this office for failure to report a change of address, jumping the turnstile. It is now the year 2000 this is what was on my person when I was violated. A black backsack, a window's 2000 manual, a walkman with two cassettes and $26.00 in cash. Once again, what is at question is the law of the United States of America. It has come to my knowledge that the Y2k glitch is the leap year. On a computer system, people and things can be lost. I am saying that Lawrence Isben, Daizzie Bouey, Vernon Manley knowingly as representatives of the State of New York at the parole board tried to steal my identity for the past 5 1/2 yrs. This all happened at Wende Correctional Facility a maximum security jail, what was I doing there? I have never been in a max before, my classification is not maximum security. This is how I ended up at 31st parole.

On being violated once again I was taken this time to Downstate from there I was taken to Clinton Correctional Facility. I would tell the officers that I

did not belong in a max and they would look at me like it was crazy. I was denied commissary for 3 yrs. I was denied telephone access for 3 yrs. I was to the parole board and denied parole by three woman and given a 24 month hold. This was a deliberate denial of my rights to reproductive services. Remember that I am not supposed to be in jail. I am transferred to South Port Correctional Facility, where I am held for 8 months with no outside contact, this is 24 hrs. lockdown. I am taken to the parole board again and given a 6 month denial. From there I am taken to Elmira Correctional Facility and moved around from cell to cell every other day so that my correspondence won't catch up to me, because I have written everyone in the state concerning this issue.

The violation with 31st parole was for a change of address and a turnstile violation which is a misdemeanor but it has come to my knowledge that the Transit Police in N.Y.C deal with insurance claims. This was held in front of a family court judge who's name is Judge Maureen Mauline. My mother was present in the court room along with a lawyer, a female from the district attorneys office, who reminded me of little orphan annie. The proof is in the letters that were taken in Washington D.C. I did not know these things at first but after going through all this you can see what kind of pressure is being applied to my family. At Elmira I am released on September 18, 2004 after being given a 90 day violation 4 1/2 yrs. prior.

The arrest of 6/15/2000 is known in Manhattan Crimminal Court Docket #2000 ny 058120, Parole warrant #219765, nysid no 6661256-q. From this situation the Transit department is stealing my life everyday with a bogus life insurance policy.

I recieved 90 days time served at the RI Judicial CTR a P.O. Trina Martin was present. B+C (300-00-00723), WYSID (0666612659), warrant (0219765)

Cruel and Unusual punishment will be established as so set forth by the Supreme Court, the Supreme Court held that it is unconstitutional to require a change in a inmates behavior. What was I doing in a maximum security prison? Who in Albany, New York wanted me out of the way? Every state is a cooperate corporation or business and New York is no different. New York State has its own business industry within the prison system, where things are made by the inmates. It is called Corcraft and it is on the NASDAQ. Who owns this industry that the state of New York is kidnapping people for. The Civil Rights Division of the Department of Justice states: Conspiracy to interfere with federally protected right, deprivation of rights under color of law. Corcraft is the name of the company that New York uses. Corcraft in numbers or computer terminology adds up to 84. 84 is the 7th day of the week, which is Sunday. The harddrive of a computer is also 84 in computer terminology, remember Y2K. The harddrive is colors, there are 6 colors. Sunday is also the top right within the week which represents the truth. Jehovah's Witnesse's, the Kingdom Hall, the Watchtower in Brooklyn N.Y.C.

On completion of this letter to the Justice Department, and now the federal Court almost 4 yrs has passed. It went to a temp agency for a day's work. This was July 20th 2005 in Washington D.C. I recieved my wages for that day in cash, which was $40.00 dollars. I brought myself a beer and went to the park to work out. I was arrested by the police for drinking in public, spent the night in jail because I wouldn't pay the extortion fee of $10.00. In the morning I went before a Judge Ringell in traffic court, who gave me community service and told me to come back on the 27th of July. On return to the court on the 27th of July, a Judge Mennendez was present, she postponed until the community service people came. On arrival their were three women in the office asking for me to sign papers, I wanted to read what I would be signing and on the paper it said a lawyer should be present, so I asked who in the room is a lawyer? The lady next to me replied that she was. We all proceeded back to the courtroom where the district attorney refused me community service. Told the judge that I had acted inappropriatly with with one of her staff. At this point I am asking to speak, but the judge refuses to acknowledge me. His name is Judge Milton Lee. The D.A. tells the judge there are extenuating circumstances, I ask to speak again, next thing I know the Marshal's are escorting me in the back, the judge is saying that there will be a second call. My property is confiscated, I am taken to jail. I stay in jail 5 days, within my wallet I have the wristband from my first arrest. It is not there on my release, within my bookbag there are all my correspondence over the those 4½ yrs of incarceration in New York, that is also missing. I have a $20.00 dollar bill with the year 1999 as its year, that is not returned. I believe that Judge McCormick is a

toy court judge, All this happens after seeing him in traffic court.

This is what I would like the courts to do, first find out how many companies are in my name at the Labor Department and the Justice Department in Washington, D.C.

Then I would like the courts to find out who has been masquarading my social security number.

I would like the courts to grant a retrial of my conviction in Manhattan Court, New York City in 1995.

I would like compensation for mental + physical anguish endured since this conviction in '95. My life has all but been destroyed, I am presently homeless with no job.

I am asking for $144 trillion dollars.

Stephen W. White